■ In the Matter of CYNTHIA B., Also Known as McE. (Anonymous). ROSA L. McE. (Anonymous), Appellant; COMMISSIONER OF SOCIAL SERVICES, Respondent.— Appeal from an order of the Family Court, Kings County, dated December 30, 1971 and made after a hearing, which extended placement of appellant's child with the Commissioner of Social Services for a period of one year as of October 3, 1971. Order reversed, on the law, without costs, and proceeding remitted to the Family Court for a new dispositional hearing. The questions of fact have not been considered on this appeal. In our opinion, the Family

Court committed reversible error in its ruling as to the burden of proof and its conclusion as to admissible evidence (*Matter of Kenneth G.*, 39 A D 2d 709). Munder, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.